

# Health Services
## Utilization Management

Home / Patient Info | Pending Referrals | Awaiting Scheduling | New | Administration | Reports | Logout

\* denotes required fields

## Consultation

| | |
|---|---|
| \* DC Number: | 566284 |
| Last Name: | MYERS |
| First Name: | ALEXANDER |
| Current Institution: | CROSS CITY C.I. |
| Tentative Release Date: | LIFE SENTENCE |
| \* Originating Institution: | CROSS CITY C.I. (211) |
| Destination Institution: | R.M.C.- MAIN UNIT (209) |
| \* Acuity: | ROUTINE |
| \* Visit Type: | INITIAL |
| \* Visit Met: | YES |
| Date Consult Requested: | 7/18/2013 |
| Date Consult Received: | 7/29/2013 |
| Target Appointment Date: | |
| Date Consult Scheduled: | |
| Date Consult Refused: | |
| Date Consult Cancelled: | |
| \* Type of Service: | GS - GENERAL SURGEON |
| \* Place Service Requested: | R.M.C.- MAIN UNIT (209) |
| \* Final Place of Service: | R.M.C.- MAIN UNIT (209) |
| Disposition: | DOES NOT MEET CRITERIA |
| \* Status: | DIVERTED |
| Consult #: | 706166 |
| Consult Request #: | R146365 |
| Scheduling Complete: | ☑ |

**Comments:**



```
7/29/13-TO PA FOR REVIEW. RD
*************************
8/1/2013   "PER PHYSICIAN ADVISOR
~ REQUEST DOES NOT MEET CRITERIA ~
A LETTER WILL BE MAILED WITHIN
THIRTY DAYS STATING REASON FOR
THIS DECISION." K.C. COLLINS
*************************
```

**Provider(s)**
**Requesting Physician:**  DE96   DELA CERNA, M (DE96)
**Performing Physician:**  209P   PHYSICIAN ON DUTY (209P)

[Save]  [Delete]

**Diagnosis**

|  | Diagnosis |
|---|---|
| Remove | (550.9) INGUINAL HERNIA NOS |

**Add New Diagnosis Code**
[          ] [Search]

**Procedures**

|  | Procedure |
|---|---|
| Remove | (89.09) CONSULTATION NOS |

**Add New Procedure Code**
Code [     ]
( Search for Code: [Choose a Procedure Category ▾] [▾] )