# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

TRACY COPELAND et al.,

    Plaintiffs,

v.                                      CASE NO. 4:15cv452-RH/CAS

JULIE L. JONES, etc., et al.,

    Defendants.

_____/

## ORDER DENYING MR. PERRY'S
## MOTION TO REOPEN THE CASE

This class action addressed the treatment of hernias in the Department of Corrections. The case was settled. A damages class consisted of prisoners who were diagnosed with or treated for a hernia between September 8, 2013 and May 31, 2016 at a DOC facility at which Corizon, LLC was the medical provider.

Donald Perry, who is now a DOC prisoner, has filed a motion to reopen the case, apparently so that he can receive a share of the damages settlement. He asserts he was diagnosed with a hernia in April 2018 and with another hernia in October 2018. As those dates make clear, Mr. Perry was not a class member. If he

has a damages claim at all, he must pursue it separately; he is not entitled to a share of the class damages recovery in this case.

Accordingly,

IT IS ORDERED:

The motion to reopen the case, ECF No. 365, is denied.

SO ORDERED on November 13, 2018.

s/Robert L. Hinkle  
United States District Judge
