UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Tallahassee Division

**TRACY COPELAND, AMADO PARRA and ARCHIE GREEN,** individually and on behalf of a class of persons similarly situated,

    Plaintiffs,

v.

**MARK S. INCH,** in his official capacity as Secretary of the Florida Department of Corrections; and **CORIZON, LLC**, an out of State corporation registered and doing business in Florida,

    Defendants.

_____/

Case No. 4:15-**CV**-00452-RH-CAS

## JOINT NOTICE REGARDING THE PARTIES' AGREEMENT

Plaintiffs and Defendant Florida Department of Corrections (FDC), as discussed during the August 13, 2019 status conference, here by provide notice of the following agreement:

1. The FDC will provide the reports required by paragraph 6 of the Consent Order (ECF 78) to Class Counsel every 3 months, instead of every 180 days.

2. The FDC will ensure a monthly high-level review of the report data is completed and that final reports submitted are complete and accurate.

3. The parties agree to treat a delay of more than 4 months (either between diagnosis and surgical consult, or between surgical consult and surgery) as an "undue delay" under paragraph 5.c of the Consent Order (ECF 78). If there is a delay of 4 months or more between diagnosis and surgical consult, or between surgical consult and surgery, the FDC will provide an explanation for the delay in the reports.

4. The pending Motion to Enforce (ECF 372) should be denied without prejudice to renew if appropriate. The FDC will provide Plaintiffs with two more reports (on September 6, 2019 and December 6, 2019). Plaintiffs will review them and confer with Defendant about any problems or possible violations. The parties will then inform the Court as to whether the issues have been resolved, the Motion to Enforce will be renewed, or as to any other action the parties recommend be taken with respect to the case.

## Certificate of Word Count

Undersigned counsel, pursuant to Local Rule 7.1(F), certifies the preceding Notice contains 240 words.

Respectfully Submitted,

Dante P. Trevisani, Esq.
Fla. Bar No. 72912
*DTrevisani@FloridaJusticeInstitute.org*
Erica A. Selig, Esq.
Fla. Bar No. 0120581
*ESelig@FloridaJusticeInstitute.org*
FLORIDA JUSTICE INSTITUTE, INC.
100 S.E. Second Street, suite 3750
Miami, Florida  33131
305.358.2081
305.358.0910 – Fax

Kenneth R. Hartman, Esq.
*krh@kttlaw.com*
KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon, 9th Floor
Coral Gables, Florida 33134
305.372.1800
305.372.3508 – Fax

By:   *s/Dante P. Trevisani, Esq.*
          Dante P. Trevisani, Esq.

*Attorneys for Plaintiffs*

Kirkland E. Reid (REIDK9451)
Jones Walker LLP
11 N. Water Street, Suite 1200
Mobile, AL 36602
Tel. (251) 432-1414 (main)
Fax (251) 439-7358
Email: kreid@joneswalker.com

By:   */s/ Kirkland E. Reid*
          Kirkland E. Reid, Esq.

*Attorney for Florida Department of Corrections*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that today, August 15, 2019, I filed the foregoing document electronically with the CM/ECF system, which will send notice to all counsel of record.

By: *s/ Dante P. Trevisani*
Dante P. Trevisani, Esq.