IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRACY COPELAND et al.,

      Plaintiffs,

v.                                                      CASE NO. 4:15cv452-RH/CAS

JULIE L. JONES, etc., et al.,

      Defendants.

_____/

## ORDER DENYING MR. RODRIGUEZ'S REQUEST FOR RELIEF

      Mario Rodriguez, a nonparty prisoner in the Florida Department of Corrections, apparently asserts the Department has failed to provide proper treatment for his hernia. Even if that is so, relief is not available in this case, which is closed.

      The background is this. The named plaintiffs filed this class action challenging the Department's treatment of—or failure to treat—prisoners' hernias. The parties entered into a settlement agreement, and the court approved it. The agreement included provisions on the Department's required response when prisoners presented with hernias. A final judgment directed the parties to abide by

the agreement. The court retained jurisdiction to enforce that requirement. This happened in 2017.

Roughly four years later, on August 28, 2021, the court terminated the consent decree with the consent of all parties and closed the file. The Department still must provide appropriate medical care for hernias, and a prisoner still may assert any proper claim for denial of care, including under 42 U.S.C. § 1983. But relief is not available in this action.

Accordingly,

IT IS ORDERED:

Mario Rodriguez's request for relief, ECF No. 439, is denied without prejudice.

SO ORDERED on March 14, 2023.

s/Robert L. Hinkle  
United States District Judge